# SHORT & BILLY, P.C.

SKIP SHORT[1,2]
IOANNA O. ZEVGARAS[1]
_____

ALSO A MEMBER OF:
[1] N.J. BAR
[2] D.C. BAR

ATTORNEYS AT LAW
217 BROADWAY  SUITE 300
NEW YORK, NEW YORK 10007
Tel: (212) 732-3320   Fax: (212) 732-3326

PATRICE M. A. SOBERANO
CHRISTOPHER O'DONNELL[1]
_____

RICHARD KANG[1]
MICHELLE MOLDOVAN[1,2]
ANDREW MIDGETT

May 29, 2024

Via ECF

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York

        Re:    *Allstate Ins. Co., et al. v. Accelerated Surg. Ctr. of N. Jersey, LLC, et al.*,
               Index No. 23-CV-6194 (EK) (MMH)
               **Second Joint Status Report of the Parties**

Dear Judge Henry:

      We represent the Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company ("Plaintiffs") in this action, and we write, jointly with the undersigned counsel for the Defendants Alexandr Alexeevich Zaitsev, MD, Eugene Seth Gorman, M.D., and Ridgewood Diagnostic Laboratory LLC, (the "Zaitsev Defendants," and with Plaintiffs, the "Parties"), to respectfully submit this Joint Status Report as directed by the Court's Order of April 9, 2024.

      On May 3, 2024, Plaintiffs filed the Stipulation of Dismissal (ECF No. 40) as to the Settling Defendants Irfan Ahmad Alladin, M.D., Sam Rahat a/k/a Rahat-Muqtadir, Accelerated Surgical Center of North Jersey LLC, Bailey Outpatient Medical Services P.C., Barnert Surgical Center, LLC, and Irfan A. Alladin MD, P.C. (the "Settling Defendants").  Pursuant to the May 8, 2024 Order of District Judge Komitee, absent the filing of any objection(s) on or before May 20, 2024, Plaintiffs' claims against the Settling Defendants in this action were to be dismissed.  Insofar as no such objection has been filed, the Zaitsev Defendants are now the only remaining active Defendants appearing in this action.

      As set forth in the Parties' first Joint Status Report of March 29, 2024 (ECF No. 38), Plaintiffs and the Zaitsev Defendants have exchanged interrogatories and document demands.

Cont'd

Subsequent to the date of the first Report, and in accordance with the Parties' agreement to conduct discovery activities electronically, Plaintiffs have produced voluminous documents via online shared folder to the Zaitsev Defendants along with written responses to their demands.

More recently, the Parties have been actively engaged in discussions toward a resolution of Plaintiffs' claims in this action against the Zaitsev Defendants. The Parties are hopeful that a settlement will be reached, and we will keep the Court apprised of further developments.

Respectfully submitted,

SHORT & BILLY, P.C.

_____
*Attorneys for Plaintiffs*

SCHWARTZ, CONROY & HACK, PC

_____/s/ Robert E.B. Hewitt III_____
*Attorneys for Defendants Alexandr Alexeevich Zaitsev, MD, Eugene Seth Gorman, MD, and Ridgewood Diagnostic Laboratory LLC*