# SHORT & BILLY, P.C.

SKIP SHORT[1,2]
IOANNA O. ZEVGARAS[1]
_____

ALSO A MEMBER OF:
[1] N.J. BAR
[2] D.C. BAR

ATTORNEYS AT LAW
217 BROADWAY  SUITE 300
NEW YORK, NEW YORK 10007
Tel: (212) 732-3320   Fax: (212) 732-3326

PATRICE M. A. SOBERANO
CHRISTOPHER O'DONNELL[1]
_____

RICHARD KANG[1]
MICHELLE MOLDOVAN[1,2]
ANDREW MIDGETT

August 27, 2024

<u>Via ECF</u>

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York

      Re:    *Allstate Ins. Co., et al. v. Accelerated Surg. Ctr. of N. Jersey, LLC, et al.*,
               Index No. 23-CV-6194 (EK) (MMH)
               <u>Third Joint Status Report of the Parties</u>

Dear Judge Henry:

      We represent the Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company ("Plaintiffs") in this action, and we write, jointly with the undersigned counsel for the Defendants Alexandr Alexeevich Zaitsev, MD, Eugene Seth Gorman, M.D., and Ridgewood Diagnostic Laboratory LLC, (the "Settling Defendants"), to respectfully submit this Joint Status Report as directed by the Court's Order of July 1, 2024.

      Earlier today, Plaintiffs filed a Stipulation of Dismissal (ECF No. 42) as to the Settling Defendants, whose dismissal with prejudice from this case is now pending before District Judge Komitee.

      Following the anticipated dismissal of the Settling Defendants, the only remaining Defendants in this action will be those whose default has been noted by the Clerk, namely: Kristappa Sangavaram, M.D. (ECF No. 26); Bedford Medical Services P.C. (ECF No. 27); Elmwood Park Medical Group P.C. (ECF No. 28); Molnar Medical Services P.C. (ECF No. 29); Riverside Medical Services P.C. (ECF No. 30); Tremont Medical Services, P.C. (ECF No. 31); and Tristate Multispecialty Medical Services PC (ECF No. 32) (the "Remaining Defendants").

Cont'd

    Plaintiffs have had discussions with a potential contact for the Remaining Defendants and respectfully request a period of 20 days to complete that inquiry and report to the Court. If that channel does not result in any change, Plaintiffs intend to request entry of judgment by default against each of the Remaining Defendants and will file an appropriate motion for the Court's consideration.

    Respectfully submitted,

SHORT & BILLY, P.C.

_____
*Attorneys for Plaintiffs*

SCHWARTZ, CONROY & HACK, PC

    /s/ Matthew J. Conroy
_____
*Attorneys for Defendants Alexandr Alexeevich Zaitsev, MD, Eugene Seth Gorman, MD, and Ridgewood Diagnostic Laboratory LLC*