

**Short Zevgaras & Kang PC**
15 Maiden Lane, Suite 1100
New York, N.Y. 10038

**Attorneys at Law**
www.szklegal.com

**Andrew Midgett**
Associate
(NY Bar)
T / (212) 732 3320
F / (212) 732 3326
amidgett@szklegal.com

January 15, 2026

Via ECF

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
Eastern District of New York

Re: *Allstate Ins. Co., et al. v. Accelerated Surg. Ctr. of N. Jersey, LLC, et al.*,
Index No. 23-CV-6194 (EK) (MMH)
**Plaintiffs' Status Report on Remaining Defendants**

Dear Judge Henry:

We represent the Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company ("Plaintiffs") in this action, and we write to respectfully submit this report in accordance with the Court's Order of December 17, 2025, regarding the status of this case as to the Defendants Kristappa Sangavaram, M.D., Bedford Medical Services P.C., Elmwood Park Medical Group P.C., Molnar Medical Services P.C., Riverside Medical Services P.C., Tremont Medical Services, P.C., and Tristate Multispecialty Medical Services PC (the "Remaining Defendants").

Plaintiffs' counsel has been advised very recently by counsel for Dr. Sangavaram, Brian G. Hannon, Esq. with Norgaard O'Boyle & Hannon of Englewood, NJ, that Dr. Sangavaram is in agreement with the proposal Allstate has sent and intends to execute a settlement agreement representing a consensual resolution of all claims in this action against him and the other Remaining Defendants, of which Dr. Sangavaram is the record owner. The parties are now working to finalize the necessary settlement documentation.

Accordingly, based on this recent development, Plaintiffs respectfully request that the Court allow Plaintiffs an additional period of thirty (30) days to seek to complete the settlement with the Remaining Defendants. By such time, Plaintiffs expect that they will be able to report

Cont'd

whether the settlement has been completed, and once a settlement has been completed, Plaintiffs will promptly file notices of dismissal as to the Remaining Defendants.

Respectfully submitted,

SHORT ZEVGARAS & KANG P.C.

By: _____
     Andrew S. Midgett, Esq.

*Attorneys for Plaintiffs*